CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE MEDRANO SANTOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-04410-SK<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 3, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiffs filed this action seeking adjudication of their Form I-589, Application for Asylum and Withholding of Removal. On July 7, 2026, United States Citizenship and Immigration Services ("USCIS") issued a decision notice on Plaintiff Santos' application. For Plaintiff Tinoco, USCIS scheduled an interview for August 5, 2026. Following the interview, USCIS will work diligently towards completing adjudication Plaintiff Tinoco's Form I-589, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff Tinoco agrees to submit all supplemental documents and evidence to USCIS

seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff Tinoco or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiffs Santos and Tinoco agree to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 3, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 21, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 21, 2026

*s/ Josh F. Sigal*
JOSH F. SIGAL
Mendelson Law Firm, A.P.C.
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY STAYS this case until November 3, 2026. All case deadlines and hearings are HEREBY VACATED. The parties shall file a joint status report by November 3, 2026.

**IT IS SO ORDERED.**

Date: July 22, 2026

HON. SALLIE KIM
United States Magistrate Judge